# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

WAYNE A. SILVA,
    Plaintiff,

    v.                                         CA. No. 18-650-JJM-PAS

ROBERT M. FARRELL,
    Defendant.

## **JUDGMENT**

    This action came to be heard before the Court and a decision has been rendered. Upon consideration whereof, it is now hereby ordered, adjudged and decreed as follows:

    Pursuant to this Court's Text Order entered on December 31, 2018, the judgment is hereby entered dismissing the Plaintiff's Complaint (ECF No. 1) in accordance with Fed. R. Civ. P. 58.

    It is so ordered.

December 31, 2018                          By the Court:

                                              /s/ Hanorah Tyer-Witek.
                                              Clerk of Court