UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| WAYNE A SILVA,<br>Plaintiff,<br><br>v.<br><br>ROBERT M. FARRELL,<br>Defendant. | C.A. No. 18-650-JJM-PAS |

## ORDER

The Court has reviewed the Report and Recommendation ("R&R") of the Magistrate Judge (ECF No. 8) and the Plaintiff's Objection. ECF No. 9. The Court adopts the R&R for the reasons stated therein and overrules the Objection. Based on the frivolous nature of Plaintiff's Motion for Reconsideration and based on Plaintiff's pattern of filing frivolous post-judgment motions in *Silva v. Thornton*, CA. No. 18-95 WES, as well as in a related Massachusetts case, the Court issues the following injunction against Plaintiff, Wayne A. Silva:

Except for a Notice of Appeal and a single Motion for Relief from Judgment or Order in compliance with Fed. R. Civ. P. 60, Plaintiff is hereby enjoined from filing any further motions or other documents in this matter without first obtaining permission from a judge of this Court.

IT IS SO ORDERED:

/s/ John J. McConnell, Jr.

John J. McConnell, Jr.
United States District Judge
January 30, 2019